JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; COUNTY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; LOS ANGELES COUNTY SHERRIFF'S DEPARTMENT; DOE POLICE OFFICER; DOES 1-100, INCLUSIVE,<br><br>Defendants. | **CASE NO. CV17-6633-FMO-SKx**<br>District Judge: Fernando M. Olguin<br>Magistrate Judge: Steve Kim<br><br>**ORDER ON STIPULATION [65] DISMISSING ENTIRE ACTION** |

**GOOD CAUSE appearing therefore,**

IT IS HEREBY ORDERED that the above-captioned action against Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT is dismissed, with prejudice. Each party shall bear their own costs and attorney's fees. IT IS SO ORDERED.

**Dated: October 1, 2018**     _____/s/_____

**Honorable Fernando M. Olguin**

**United States District Judge**

1